# Notice Recipients

District/Off: 0315−2           User: auto                Date Created: 2/2/2023
Case: 23−02011−CMB             Form ID: 505              Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty　　　　Ben Hutman　　　Sadis & Goldberg, LLP　　　551 Fifth Avenue　　　Floor 21　　　New York, NY 10176

TOTAL: 1