Form 501 (CMB Form AP–1)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **Akshita Banerjee** | Bankruptcy No.: 21–22031–CMB |
| *Debtor(s)* | |
| | Chapter: 13 |
| **Sadis & Goldberg, LLP** | |
| | Adversary No.: 23–02011–CMB |
| *Plaintiff(s),* | |
| v. | |
| **Akshita Banerjee** | |
| *Defendant(s).* | |

## ORDER REGARDING ADVERSARY PROCEEDING & NOTICE TO COMPLY WITH EARLY CONFERENCE OF PARTIES PROCEDURE

 **AND NOW,** this The 2nd of February, 2023 , enclosed is the Summons(es) which shall be served by Plaintiff(s) on each named Defendant(s).

 Service of the Summons, together with a copy of your Complaint, this Order, and the Early Conference Certification and Stipulation (CMB Form AP–2), **shall be made within seven (7)** days from the date of issuance.

 The person making service must execute the Certificate of Service attached hereto within ten (10) days from the date of this Order. Failure to file your Certificate of Service when due will result in the dismissal of this proceeding.

 Should this Adversary Proceeding involve a Federal Agency, the pleading must specifically identify the agency involved. Furthermore, if the United States of America or a Federal Agency or Officer is named as a defendant, service of the Complaint, Summons, this Order, and CMB Form AP–2 must be made as directed by Fed.R.Bankr.P. 7004(b)(4),(5).

 Further, both the Debtor(s) and Debtor(s)' Counsel and the Trustee, if any, shall be served when Debtor(s) is a defendant in the case.

 Answers shall be filed on or before March 6, 2023.

 If service was properly made and the Defendant(s) fail to timely file an Answer, the Court may determine after review of the Complaint that no hearing is required and accordingly enter the Order by default. The Plaintiff(s) **must** comply with Fed.R.Bankr.P. 7055 and Judge Böhm's Procedures if no Answer is filed.

 **NOTICE IS HEREBY GIVEN** that unless all Defendants have defaulted, that on or before April 5, 2023 , the parties shall hold an Early Conference of Parties ("Early Conference") in accordance with Judge Bohm's Procedures located on this Court's website (http://www.pawb.uscourts.gov). At the Early Conference, the parties shall confer on all matters identified in the Early Conference Certification and Stipulation (CMB Form AP–2). Counsel for parties must discuss settlement and mediation with their client(s) prior to attending the Early Conference. No later than seven (7) days from the date of the Early Conference, the plaintiff(s) shall file with the Court an Early Conference Certification and Stipulation completed in its entirety and

signed by all counsel for parties or, if unrepresented, the parties. Once the Early Conference Certification and Stipulation is filed, the Court will assign a First Pre−Trial Status Conference date. Plaintiff(s) shall serve notice of the date on all parties, the Trustee, and U.S. Trustee, and file with the Court a Certificate of Service stating that such service has been made. Please note that unless a Motion for Extension of Time has been properly filed or the Court has otherwise extended the deadline for compliance, failure to file the completed CMB Form AP−2 in accordance with this procedure within thirty−seven (37) days of the Answer deadline may result in the issuance of a Rule to Show Cause Why the Case Should Not Be Dismissed. Pro Se Plaintiffs may be excused from the above procedure upon the filing of an Application for Waiver of Early Conference of Parties Requirement (CMB Form AP−3). A copy of CMB Form AP−3 is available under Judge Bohm's Forms, accessible via the "Judge's Info" tab on the Court's website at http://www.pawb.uscourts.gov/.

Discovery shall commence as of the date of this Order.

At Pittsburgh, Pennsylvania

cm: Ben Hutman, Esq.

Carlota M. Böhm, Judge
United States Bankruptcy Court

**IN RE:**

| | | |
|---|---|---|
| **Akshita Banerjee** | : | **Bankruptcy No.: 21–22031–CMB** |
| *Debtor(s)* | : | |
| | : | **Chapter: 13** |
| **Sadis & Goldberg, LLP** | : | |
| | : | **Adversary No.: 23–02011–CMB** |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| **Akshita Banerjee** | : | |
| | : | |
| *Defendant(s).* | : | |

**CERTIFICATE OF SERVICE**

I, _____, of _____

_____

_____

**CERTIFY:**

That I am, and at all time hereinafter mentioned, was more than 18 years of age:

That on the \_\_\_\_\_ day of _____, \_\_\_\_\_, I served a copy of this Order Regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure, together with the Complaint, Summons, and Early Conference Certification and Stipulation (CMB Form AP–2) filed in this proceeding, on:

the Defendant(s) in this proceeding, by (describe mode of service):

at the following address(es):

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  _____          _____
 (Date)     (Signature)