# Notice Recipients

District/Off: 0315−2         User: auto          Date Created: 2/2/2023
Case: 23−02011−CMB          Form ID: 501        Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty         Ben Hutman      Sadis & Goldberg, LLP      551 Fifth Avenue      Floor 21      New York, NY 10176

TOTAL: 1