# Notice Recipients

District/Off: 0315−2     User: auto     Date Created: 2/2/2023
Case: 23−02011−CMB     Form ID: 502     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     Ben Hutman     Sadis & Goldberg, LLP     551 Fifth Avenue     Floor 21     New York, NY 10176

TOTAL: 1