IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy 21-22031-CMB |
| Akshita Banerjee, ) | |
| ) | |
| Debtor in Possession. ) | |
| ------------------------------------------------------------- ) | |
| ) | |
| Sadis & Goldberg, LLP, ) | |
| ) | Adversary No. 23-02011-CMB |
| Plaintiff, ) | |
| ) | Related Docket Nos. 42, 49 |
| v. ) | |
| ) | Docket No. 56 |
| Akshita Banerjee, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER OF COURT**

AND NOW, to wit, on this 25th day of August, 2023, after due consideration of the foregoing Joint Motion for Entry of Protective Order, filed by Non-Party, Steven M. Cherin, and Plaintiff, Sadis & Goldbert, LLP, it is hereby **ORDERED, ADJUDGED, and DECREED** said Motion is hereby **GRANTED**. Any and all discovery produced by Non-Party Steven M. Cherin during the course of this Action is subject to the Confidentiality Agreement attached to said Motion.

_____
The Honorable Carlota M. Bohm,
U.S. District Judge for the Western District
of Pennsylvania Bankruptcy Court

FILED
8/25/23 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA